```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10221
   DONALD W BRANSON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-5539


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 06/07/07 .

   2.   The case was dismissed without confirmation, 09/21/2007.

   3.   The Debtor paid a total of $     500.00 .


------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
TAYLOR BEAN & WHITAKER M  CURRENT MORTG         .00              .00           .00
TAYLOR BEAN & WHITAKER M  MORTGAGE ARRE   NOT FILED              .00           .00
BAKELITE C U              SECURED VEHIC         .00              .00        365.25
COMMUNITY LENDERS         SECURED VEHIC         .00              .00        121.75
ALPHA DENTAL CARE PC      UNSECURED       NOT FILED              .00           .00
DIRECT TV                 UNSECURED       NOT FILED              .00           .00
SPRINT NEXTEL             UNSECURED       NOT FILED              .00           .00
NICOR GAS                 UNSECURED       NOT FILED              .00           .00
KENNETH R MCEVOY          UNSECURED       NOT FILED              .00           .00
          Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00        .00           .00
PRINCIPAL PAID       487.00         .00          .00        .00        487.00
INTEREST PAID           .00         .00          .00        .00           .00
TOTAL PAID           487.00         .00          .00        .00        487.00
The Debtor's attorney, SCHEINBAUM & WEST          , was allowed $    3000.00
and was paid $    926.00   direct and $       .00  through the plan.

The Trustee received $     13.00 .

Refunds to the Debtor totaled $        .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/19/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                                      PAGE   2
     CASE NO. 07 B 10221 DONALD W BRANSON
```